UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENNSYLVANIA MANUFACTURERS INDEMNITY COMPANY,

                           Plaintiff,

v.

ISABELLA GERIATRIC CENTER, INC.,

                           Defendant.

**NOTICE OF DISCONTINUANCE WITH PREJUDICE**

Civil Action No. 1:16-cv-3944
(JPO/GWG)

---

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties and the attorneys of record for the parties to the above entitled action, the above-entitled action, including all claims, is discontinued with prejudice without costs to these parties. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 6/15/16

_____
Kevin E. Hulslander, Esq.
SMITH, SOVIK, KENDRICK & SUGNET, P.C.
*Attorneys for Plaintiff*
250 S. Clinton St., Ste. 600
Syracuse, New York 13202
(315) 474-2911

Dated: June 14, 2016

_____
David A. Ruffo, Esq.
BOND SCHOENECK & KING
*Attorneys for Defendant*
22 Corporate Woods, Suite 501
Albany, New York 12211-2503
(518) 533-3231

IT IS SO ORDERED:

June 17, 2016

_____
J. PAUL OETKEN
United States District Judge

{S0384512.1}